RONALD W. WING, Respondent, v MARY JANE WING, Appellant. [867 NYS2d 695]

The defendant contends that the Supreme Court erred in failing to award her maintenance. The defendant's contention is without merit. Since the defendant failed to show necessity or the inability to maintain herself, she did not meet her burden of proof with respect to her claim for maintenance (*see Nell v Nell,* 166 AD2d 154 [1990]).

The defendant's remaining contention is without merit. Miller, J.P., Dickerson, Leventhal and Belen, JJ., concur.